UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Brett Dugan,

                              Plaintiffs,

        -against-

Soleil Toujours LLC., and Valerie McMurray,

                              Defendants.

----------------------------------------------------------------X

**ORDER RE DISCOVERY CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

A Discovery Conference (via telephone) is hereby scheduled for **9/4/2025 at 11:00 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Discovery Conference, the parties should be prepared to discuss the discovery disputes raised in Plaintiff's letter motion (ECF Doc. No. 51) and Defendants' letter response (ECF Doc. No. 53).

        SO ORDERED.

DATED:    White Plains, New York
                August 28, 2025

                                                      _____
                                                          VICTORIA REZNIK
                                                          United States Magistrate Judge