USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Brett Dugan,

                                   Plaintiff,

                  -against-

Soleil Toujours LLC., and Valerie McMurray,
                                  Defendants.
-----------------------------------------------------------------X

7:24-cv-01914-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A pre-motion conference (via telephone) is hereby scheduled for **4/21/2026 at 10:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the conference, the parties should be prepared to discuss the proposed motions for summary judgment raised in ECF Nos. 83 and 85.


      **SO ORDERED.**

DATED:    White Plains, New York
            April 14, 2026


                                              _____
                                         VICTORIA REZNIK
                                         United States Magistrate Judge