# MEMO ENDORSED



**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694–3000 x236
akleinberg@guerciolaw.com

May 27, 2026

**VIA ECF**

Honorable Victoria Reznik
U.S. District Court
Southern District of New York

> Re:    *Brett Dugan v. Soleil Toujours, LLC and Valerie McMurray*
> Docket No.: 7:24-cv-01914 (VR)

Dear Magistrate Judge Reznik,

We represent both defendants in this matter. We write with plaintiff's counsel's gracious consent to request a one week extension of time from May 29, 2026 to June 5, 2026 to file our summary judgment motion, and a concomitant one week extension of time for the related opposition and reply deadlines.

While we have been working on the motion, our timeline was derailed when I incurred a significant back injury last week. I spent days in bed before I was able to see an orthopedist yesterday. While I am seeing some relief today, I am also unavoidably required to be in court tomorrow and Friday for settlement conferences and require an additional week to finalize our motion.

This is our first request for an extension of the deadline.

Thank you for your consideration of this matter.

Respectfully submitted,

GUERCIO & GUERCIO LLP

ADAM I. KLEINBERG

cc:    All Counsel of Record (via ECF)

The parties' request is **GRANTED**. The deadlines for the motion papers, which are to be served but not filed, (*see* ECF No. 89), are moved accordingly one week later. The deadline for all motion papers to be filed is now **August 21, 2026**. The Clerk of Court is respectfully directed to close the gavel on ECF No. 90.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 05/27/2026